**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                Government,      :       21 CR. 715 (RMB)
                                             :
   - against -                              :       **ORDER**
                                             :
GERARDO JARAMILLO-ALEMAN,                    :
                                             :
                Defendant.       :
------------------------------------------------------------x

       The hearing scheduled for Tuesday, February 21, 2023 at 11:30 A.M. will take place in Courtroom 17B.

Dated: February 15, 2023
       New York, NY

                                            _____
                                              RICHARD M. BERMAN
                                                  U.S.D.J.