**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                        Government,       :       21 CR. 715 (RMB)
                                           :
       - against -                       :       **ORDER**
                                           :
ALEXANDER BEDOYA-GUEVARA                   :
GERARDO JARAMILLO-ALEMAN,                  :
                                           :
                        Defendant(s).     :
---------------------------------------------------------------x

        The status conference scheduled for Tuesday, June 6, 2023 at 10:30 A.M. will take place in Courtroom 17B.

Dated: May 31, 2023
       New York, NY

                                          _____
                                          RICHARD M. BERMAN
                                                 U.S.D.J.