**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,

                  Government,          21 CR. 715 (RMB)

    - against -                      **ORDER**

GERARDO JARAMILLO-ALEMAN,

                  Defendant.
------------------------------------------------------------x

       The sentencing scheduled for Tuesday, May 14, 2024 at 11:00 A.M. will take place in Courtroom 17B.

Dated: May 8, 2024
       New York, NY

                                        RICHARD M. BERMAN
                                              U.S.D.J.